IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES C. FUDGE,                                                                              PLAINTIFF
ADC #78875

v.                              CASE NO. 2:08CV00116 JLH/BD

MOSES JACKSON, et al.                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition from Magistrate Judge Beth Deere and the objections of James C. Fudge.  After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for partial summary judgment (#43) is GRANTED.  Plaintiff's claims against Defendant Parker are DISMISSED without prejudice.  Plaintiff's claims against Defendants Jamison, DeCoursey, Maney, and Walton are DISMISSED with prejudice.  Plaintiff's claims for money damages against Defendant Jackson in his official capacity also are DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE