# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JAMES C. FUDGE, *ADC #078875*                                                              PLAINTIFF

v.                              CASE NO. 2:08CV00116 JLH/BD

MOSES JACKSON                                                                              DEFENDANT

## ORDER

The above referenced case is scheduled for a jury trial to begin at ***9:15 a.m. on WEDNESDAY, APRIL 14, 2010***, before United States District Judge J. Leon Holmes, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of plaintiff ***JAMES C. FUDGE, ADC #078875,*** who is presently confined at the Maximum Security Unit, at 8:30 a.m. on Wednesday, April 14, 2010, *and each day thereafter until the trial is concluded*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas**.**

The Arkansas Department of Correction is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 8th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE