# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| JAMES C. FUDGE,<br>ADC #78875 | PLAINTIFF |
| v.     No. 2:08CV00116 JLH | |
| MOSES JACKSON, Captain,<br>East Arkansas Regional Unit,<br>Arkansas Department of Correction | DEFENDANT |

## **JUDGMENT**

On the 14th day of April, 2010, this action came before the Court for trial by jury. James C. Fudge appeared in person and through his attorney, James Gerard Schulze. Moses Jackson appeared in person and through his attorneys, Renae Ford Hudson and Scott P. Richardson. Both sides announced ready for trial. A jury of twelve was duly selected and sworn.

At the conclusion of all of the evidence, instructions by the Court, and closing arguments by counsel, the jury returned a unanimous verdict in favor of Moses Jackson.

Judgment is therefore entered in favor of Moses Jackson on the complaint of James C. Fudge. The claims of James C. Fudge in this action are dismissed with prejudice.

DATED this 15th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE