**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| JAMES C. FUDGE, ADC #78875 | PLAINTIFF |
| v. | NO. 2:08CV00116 JLH |
| MOSES JACKSON, et al. | DEFENDANTS |

**ORDER**

Pending before the Court is the application of J.G. "Gerry" Schulze for reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disperse money from the Library Fund in the amount of $3,098.84 and distribute it to Mr. Schulze. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 27th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE